UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re: Mega 4, LLC  
Debtor(s)

Case Number: 18-12279  
Chapter 11

REQUEST TO RESCHEDULE MEETING OF CREDITORS
OR TO APPEAR OTHER THAN IN PERSON AND CONSENT TO EXTEND DEADLINES*

Debtor(s) in the above-captioned case, by the undersigned, state that the §341(a) meeting of creditors is presently scheduled on the 24th day of September, at 11:00 a.m.

Debtor(s) hereby request (please check one):
- ( x ) that the §341(a) meeting of creditors be rescheduled to a later date;
- ( ) that the debtor be allowed to appear other than in person and by the following method: _____.

Reasons for request:
Debtor accepted a deployment for Hurricane Florence in regards to a job. The deployment requires him to be out of town beyond the meeting date.

**PLEASE ATTACH ANY DOCUMENTS SUPPORTING THIS REQUEST**

* To the extent debtor(s) request that the §341(a) meeting of creditors be rescheduled, debtor(s) hereby consent to, and waive any right to contest, the extension of deadlines as follows:
1. extending the bar date for filing §523(c)/§727 complaints to sixty (60) days after the rescheduled §341(a) meeting pursuant to Fed. R. Bankr. P. 4004(a) and 4007(c);
2. extending the time for filing §707(b) motions to dismiss for abuse to sixty (60) days after the rescheduled §341(a) meeting of creditors pursuant to Fed. R. Bankr. P. 1017(e);
3. extending the time for filing objections to claims of exemptions to thirty (30) days after the rescheduled §341(a) meeting of creditors pursuant to Fed. R. Bankr. P. 4003(b).

DATE: September 14, 2018

Edwin M. Shorty Jr. & Associates  
650 Poydras St. Suite 2515  
New Orleans, LA 70130

(Name, Address, Phone Number)

---

TRUSTEE'S DISPOSITION AND NOTICE OF RESCHEDULED §341(A) MEETING
AND /OR TO APPEAR OTHER THAN IN PERSON

[ ] Grants [ ] Denies the request to appear, other than in person.
The debtor may appear by the following method: _____

[X] Grants [ ] Denies the Request to Reschedule.

The rescheduled meeting is to be conducted on Friday Oct 12 at 11:00 a.m. at the F. Edward Hebert Building, 600 Maestri, Room #111, New Orleans, LA 70130

(TRUSTEE)

**_Debtor's Counsel or Pro Se Debtor MUST provide Notice of this new date to all parties_**