MEGA
Consolidated Financials
31-Mar-18

ASSETS
- Current Assets
  - Checking/Savings — $ 1,326.26
  - Accounts Receivable — $ 55,655.99
    - Due from A Associated — $ -
    - Due to/from LA Surety — $ -
    - Due From Evolution — $ -
    - Due From Greg's Bail Bonds — $ -
- Other Assets - BUF — $ 18,823.00
- Fixed Assets
  - Furniture and Equipment — $ 540,821.36

TOTAL ASSETS — $ 616,626.61

LIABILITIES & EQUITY
- Liabilities
  - Current Liabilities
    - Accounts Payable — $ 8,952.39
    - Due to MEGA — $ -
    - Due to A Associated — $ -
    - Loan Payable - Shareholder — $ 22,781.63
    - Other Current Liabilities
      - Note payable for Supplement — $ 69,967.85
      - Note Payable to HEC — $ 428,605.18

Equity

- Members Equity — $ 67,213.40
- Net Income — $ 19,106.16

TOTAL LIABILITIES & EQUITY — $ 616,626.61

Melisa Colomb CPA, LLC

1313 Huron Ave.
Metairie, LA 70005
(504)258-6099
46-0839153