MEGA IIII
Consolidated Income Statement
31-Mar-18

**Ordinary Income/Expense**
    **Income**

| | | |
|---|---|---:|
| | Billboard Income | $ 2,400.00 |
| | Parking Income | $ 51,390.06 |
| | Bond Income | $ 8,211.00 |
| | Rental Income | $ - |
| | | $ - |
| **Total Income** | | $ 62,001.06 |

    **Expense**

| | | |
|---|---|---:|
| | Automobile Expense | $ 1,525.24 |
| | Bad Debt Expense | |
| | Bank Service Charges | $ 1,137.20 |
| | Contract Labor | $ 759.00 |
| | Donations | $ 2,963.00 |
| | Insurance Expense | $ 2,904.28 |
| | Interest Expense | $ 4,470.14 |
| | Miscellaneous | $ 8,474.25 |
| | Meals and Entertainment | $ 3,870.21 |
| | Office Supplies | $ 7,388.68 |
| | Professional Fees | |
| | Taxes | $ 2,805.00 |
| | Travel Expense | $ 2,365.05 |
| | Utilities | $ 4,232.85 |
| **Total Expense** | | $ 42,894.90 |
| | | |
| **Net Ordinary Income** | | $ 19,106.16 |

Melisa Colomb CPA, LLC

1313 Huron Ave.
Metairie, LA  70005
(504)258-6099
46-0839153