## CHAPTER 11 PROCEEDING MEMO AND MINUTES OF § 341 MEETING

**DATE:** October 12, 2018, 2018            **SEC. "B"**
**IN RE**: MEGA 4, LLC            **CASE NO.: 18-12279**
         DEBTORS

**Appearances:**     **D**ebtor(s):
           **D**ebtor(s) representative:    Gregory Glaspar, Managing Member
           A**ttorney(s) for D**ebtor(s):    Nathan Chiantella
           C**r**editor(s):   ( ) NONE   (X) See attached Appearance Sheet

I.     Attorney(s) for Debtor(s) (X) has ( ) has not filed fee disclosure statement pursuant to 11 U.S.C. § 329 and Rule 2016, Rules of Bankruptcy Procedure.

II.     A Chapter 11 Creditors' Committee or Equity Security Holders' Committee ( ) has (X) has not been appointed pursuant to 11 U.S.C. § 1102. A Creditor's Committee has not been appointed because:
         ( )     There are no unsecured creditors with substantial claims.
         (X)     A sufficient number of eligible unsecured creditors have not
                expressed an interest in serving on a committee.

III.     Debtor(s) examined under oath or affirmation by:
         ( )   Attorney for Debtor(s)   (X)   Creditors
         (X)   UST Designee          ( )   Others (specify below)

IV. **Debtor required to:**
1. File Statement of Financial Affairs asap;
2. Provide UST with copy of 2017 state and federal tax returns for Debtors and 4 subsidiary companies;
3. Provide UST with copy of Mega 4 operating agreement;
4. File Official Form 426, Periodic Report of Related Entities;
5. Amend Schedule A/B, no38, 46 to add machinery, equipment and office furniture
6. Amend Schedule A/B, no 10 to add accounts receivable due from 4 subsidiary LLC for unpaid rent;
7. Amend Schedule E/F to add correct amount of IRS debt;
8. Amend Schedule G to add leases from 4 subsidiaries of 528 S. Broad St real estate and billboard oral lease agreement with CVS;
9. Amend Schedule H to add 4 subsidiary companies as codebtors to Hope Federal Credit Union.

V.     <u>**Fifth amendment ( ) was (X)**</u> **was not invoked.**

VI.     Meeting concluded ( ) Yes ( X ) No. If no, meeting is continued to: October 22, 2018 at 3 pm. Statement of Financials Affairs must be filed prior to the continued meeting

VII.     Additional Notes and/or Comments:

**START:**     **11:00 a.m.**            *s/Mary Langston*
**FINISH**     **12:30 p.m.**            Mary Langston (22818)

**Office of the U.S. Trustee**

Case 18-12279 Doc 38 Filed 10/12/18 Entered 10/12/18 13:14:55 Main Document Page 2 of 2

**Office of the U.S. Trustee**