# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In the Matter of**: | } |
| | } |
| Mega 4, LLC | } Case No.18-12279 |
| | } Chapter 11 |
| **Debtor(s)** | } Section "B" |

## RULE 1009-1 STATEMENT

NOW INTO COURT come Mega 4, LLC, debtor in the above titled and numbered case, who with respect represents:

1.

Debtor desires to amend Schedule E to include corrected debt to the Internal Revenue Service.

2.

Debtor desires to amend Schedule H to include subsidiaries as co-debtors.

3.

Debtor desires to amend Schedule G to include lease information between debtor and subsidiaries.

Respectfully submitted,

**EDWIN M. SHORTY, JR & ASSOCIATES
A PROFESSIONAL LAW CORP.**

*/s/ Edwin M. Shorty, Jr.*
_____
**EDWIN M. SHORTY, JR. LSBA# 28421**
650 Poydras Street, Suite 2515
New Orleans, LA 70130
Phone: (504) 207-1370
Fax: (504) 207-0850

**Fill in this information to identify the case:**

Debtor name: **Mega 4, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known): 18-12279

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City of New Orleans**<br>**1300 Perdido Street**<br>**New Orleans, LA**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $9,000.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**1555 Poydras Street, Suite 220**<br>**New Orleans, LA 70112**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $100,000.00 | $27,281.00 |

Debtor    **Mega 4, LLC**        Case number (if known)    **18-12279**
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,536.54** | **$0.00** |
|---|---|---|---|---|
| | **Performant Recovery, Inc**<br>**Post Office Box 9054**<br>**Pleasanton, CA 94566** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**LDR Debt** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
|---|---|---|---|
| | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** ____<br>**Last 4 digits of account number** ____ | **Basis for the claim:** _____ | |
| | | Is the claim subject to offset?   ☐ No   ☐ Yes | |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

                                                                                             **Total of claim amounts**

**5a. Total claims from Part 1**                      5a.     $            **125,536.54**
**5b. Total claims from Part 2**                      5b.   +   $               **0.00**

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.                                           5c.     $            **125,536.54**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Mega 4, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known) | 18-12279 |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Subsidiary of debtor wherein there is an oral lease** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **A-Associated Bail Bonds ,LLC**<br>**528 S. Broad St.**<br>**New Orleans, LA 70119** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **$400 a month oral lease that debtor receives from lessee** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **CVS Billboard** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Subsidiary of debtor wherein there is an oral lease** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Evolution Auto Detail, LLC**<br>**528 S. Broad St.**<br>**New Orleans, LA 70119** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Subsidiary of debtor wherein there is a oral lease** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Greg Bail Bond Company, LLC.**<br>**528 S. Broad St.**<br>**New Orleans, LA 70119** |

Debtor 1  **Mega 4, LLC**                                             Case number (*if known*)  **18-12279**
         First Name    Middle Name    Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Subsidiary of debtor wherein there is an oral lease**<br><br><br><br>**Mid-City Courtyard, LLC**<br>**528 S. Board St.**<br>**New Orleans, LA 70119** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mega 4, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF LOUISIANA |
| Case number (if known) | 18-12279 |

■ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **A-Associated Bail Bonds ,LLC** | **528 S. Broad St. New Orleans, LA 70119** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Evolution Auto Detail, LLC** | **528 S. Broad St. New Orleans, LA 70119** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Greg Bail Bond Company, LLC.** | **528 S. Broad St. New Orleans, LA 70119** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Gregory Glasper** | **3547 Roger Williams St New Orleans, LA 70119-2724** | **Hope Federal Credit Union** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Mid-City Courtyard, LLC** | **528 S. Board St. New Orleans, LA 70119** | | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |